DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**H.F.A.,** the father,
Appellant,

v.

**S.R.** and **L.R.,**
Appellees.

No. 4D19-608

[August 13, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2017-DR-003680-XXXX-NB.

David A. Rondon of Rondon Law Firm, Boca Raton, for appellant.

Suzanne Schachter of Law Offices of Suzanne Schachter, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***